**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

**Toni Fore**
**Diamond Griffith**
**On behalf of herself and**
**all others similarly situated**

    **Plaintiffs**

    v.                                        Case No. 19-CV-1488

**Froedtert Health Inc.**

    **Defendant.**

---

## PLAINTIFFS' UNDISPUTED PRELIMINARY MOTION
## FOR SETTLEMENT APPROVAL

---

Plaintiffs, by their attorneys, hereby move the Court to grant preliminary approval to the parties' settlement agreement, and to authorize the claims administrator to send to class members the notice packet attached to this Motion as Exhibits B and C. Simultaneously the parties are filing with the Court a stipulation for final collective certification and Rule 23 certification. In advance of this filing, this motion and its supporting papers were presented to counsel for the Defendant for review and comment. Defendant has indicated through counsel that it does not oppose any of the relief requested by this motion. This motion is supported by the parties' Class Certification Stipulation, a Memorandum of Law, and the Declaration of Yingtao Ho.

Plaintiffs therefore respectfully request the Court to enter an order that:

(1) Grants preliminary approval of the Parties' Settlement Agreement (the "Agreement"), which is attached as Exhibit A to the Plaintiffs' Undisputed Motion for Preliminary Settlement Approval ("Motion"), subject only to the objections of class members who are participating in the proposed settlement and final review by the Court;

(2) Approves the form and content of the proposed Settlement Notice Packet, which includes the Notice and Opt Out Form that are attached as Exhibits B and C to the Motion;

(3) authorizes the Settlement Administrator to mail by first class U.S. mail to all Class Members the Settlement Notice Packet including the Class Notice and Opt-Out Form;

(4) provides that all FLSA Consent Forms, Opt-Out Forms, and objections to the Settlement are considered timely if they are post-marked within sixty (60) days of the date the Settlement Administrator mails the Settlement Notice Packet to class members;

(5) sets a date and time for the Final Approval Hearing, with sufficient time to enable the completion of the Notice process, allow Members to submit opt out forms or objections, permit final computation of Individual Settlement Payments for Participating Class Members and Participating Collective Members, and allow the Parties to prepare and submit their Motion for Final Approval of the Settlement Agreement (the "Motion for Final Approval") and Plaintiffs' Counsel's Motion for Approval of Attorneys' Fees and Costs; and

(6) sets a deadline for the Parties to submit their Joint Motion for Final Approval and for Plaintiffs' Counsel to submit the Motion for Approval of Attorneys' Fees and Costs, no earlier than two weeks in advance of the date for the Final Approval Hearing.

Submitted this 5th day of March, 2021.

/s/Yingtao Ho
Yingtao Ho
yh@previant.com
Wisconsin Bar No. 1045418
The Previant Law Firm S.C.
310 W. Wisconsin Avenue, Suite 100MW
Milwaukee, WI 53212
Telephone: (414) 271-2500
Fax: (414) 271-6308