# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TONI FORE and DIAMOND GRIFFITH, *on behalf of themselves and all others similarly situated*,

        Plaintiffs,

v.

FROEDTERT HEALTH, INC.,

        Defendant.

Case No. 19-CV-1488-JPS

**ORDER**

On January 4, 2022, the Court held a fairness hearing at which it adopted the parties' settlement in total, overruled the single objection to the settlement, and approved the attorneys' fee and plaintiff incentive awards. (Docket #112).

Accordingly,

**IT IS ORDERED** that Plaintiffs' motion for final settlement approval (Docket #104) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the FLSA collective and Wisconsin class as defined by paragraphs 1.11 and 1.23 of the Settlement Agreement (Docket #95-1) be and the same are hereby **APPROVED**;

**IT IS FURTHER ORDERED** that the Settlement Agreement (Docket #95-1) be and the same is hereby **APPROVED**;

**IT IS FURTHER ORDERED** that Kathleen Hafner's objection to the Settlement Agreement (Docket #111-4) be and the same is hereby **OVERRULED;**

**IT IS FURTHER ORDERED** that members of the collective and class actions shall release their claims pursuant to the conditions set out in, and to the extent authorized by paragraph 3.6(A) of the Settlement Agreement (Docket #95-1);

**IT IS FURTHER ORDERED** that the motion for attorneys' fees and incentive awards (Docket #108) be and the same is hereby **GRANTED**. Using the settlement proceeds, the administrator shall pay attorneys' fees and cost reimbursements totaling $360,000.00 to the Previant Law Firm S.C.; a class representative incentive award of $10,000.00 to Toni Fore; and a class representative incentive award of $5,000.00 to Diamond Griffith;

**IT IS FURTHER ORDERED** that the parties and administrator hereby carry out the terms of the settlement, including funding the settlement and making payments to collective members, class members, and the Previant Law Firm S.C., pursuant to the terms and deadlines set out by the Settlement Agreement; and

**IT IS FURTHER ORDERED** that this case be and the same is hereby **DISMISSED with prejudice**.

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 31st day of January, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge